■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY MENDOZA, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents. [750 NYS2d 853] —Judgment, Supreme Court, Bronx County (John Byrne, J.), entered on or about June 3, 1999, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Andrias, J.P., Saxe, Sullivan, Friedman and Gonzalez, JJ.